UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Odnil Music Limited, et al.</u>

    v.                                      Civil No. 07-cv-376-JM

<u>Liquid Hockey, LLC, et al.</u>

### **O R D E R**

Plaintiffs have filed a Motion for Default Judgment (Document no. 20).  Defendants have defaulted.  In connection with their motion for default judgment, plaintiffs have, by affidavit and proffer, established their right to statutory damages, attorneys' fees and injunctive relief.  I find in favor of plaintiffs and against each defendant, jointly and severally:

1. $12,000.00 as statutory damages;

2. $3,509.89 in attorneys' fees; and

3. interest for entry of judgment.

Furthermore, the following injunction is ordered:

The defendants and all persons acting under the direction, control, permission, or authority of the defendant shall hereby be permanently enjoined and restrained from publicly performing without proper authorization any and all compositions in the repertory of the American Society of Composers, Authors and Publishers ("ASCAP"), the performing rights licensing

organization of which the plaintiffs are members; and from causing or permitting said compositions to be publicly performed without proper authorization at the defendants' premises, or in any place now or in the future owned, controlled, or conducted by the defendants; and from aiding and abetting such unauthorized performances.

    **SO ORDERED.**

                                      _/s/ James R. Muirhead_
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: June 25, 2008

cc:   Gary R. Lane, Esq.
       R. Matthew Cairns, Esq.